UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| ARTHREX, INC., | § | |
| Plaintiff | § § § | |
| v. | § § | Civil Action No. 8:02-CV-166-T-23TBM |
| LINVATEC CORPORATION, | § § § | |
| Defendant | § § § § | |

## JOINT MOTION TO MODIFY CASE MANAGEMENT AND SCHEDULING ORDER

Plaintiff Arthrex, Inc., and defendant Linvatec Corporation ("the parties") jointly move this Court for an Order extending, by approximately 2 months, each deadline recited in the Case Management Report jointly filed by the parties on April 15, 2002, and incorporated into the Case Management and Scheduling Order entered May 1, 2002, and as further modified by the Order entered September 5, 2002, granting the parties' Joint Motion to Modify Case Management and Scheduling Order ("the Scheduling Order").

Due to the diligent efforts of both parties, and as facilitated by the Court's Order entered September 5, 2002, the parties have now arrived at an Agreement in Principle to settle this matter and are in the process of exchanging draft settlement agreements for the prompt settlement of this action. The parties believe that an extension of the deadlines (as indicated in the accompanying memorandum) will further facilitate the parties' settlement

efforts by enabling the parties to focus their efforts and resources on negotiating a final settlement agreement rather than on the impending deadlines.

Dated:                                                                                      Respectfully submitted,

By: _____                                          By: _____
Stephen A. Soffen (Admitted Pro Hac Vice)                   John J. Normile
Charles W. Saber (Admitted Pro Hac Vice)                    PENNIE & EDMONDS LLP
DICKSTEIN SHAPIRO MORIN &                                     1155 Avenue of the America
  OSHINSKY LLP                                                              New York, New York  10036
2101 L Street NW                                                             Telephone: (212) 790-9090
Washington, D.C.  20037-1526                                         Facsimile: (212) 869-8864
Telephone: (202) 828-4879
Facsimile: (202) 887-0689                                                Steven L. Brannock    Harvey S. Kauget
                                                                                      Florida Bar No. 300527  FL. Bar No. 116,254
William F. Jung                                                                Holland & Knight LLP
Florida Bar No. 380040                                                    400 North Ashley Drive, Suite 2300
JUNG & SISCO                                                                  Tampa, FL 33602
100 South Ashley Drive                                                    Telephone: (813) 227-8500
Suite 1240, First Union Center                                         Facsimile: (813) 229-0134
Tampa, FL 33602
Telephone: (813) 225-1988                                             Attorneys for Defendant
Facsimile: (813) 225-1392                                                Linvatec Corporation

Attorneys for Plaintiff Arthrex, Inc.

2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| ARTHREX, INC., | § § § | |
| Plaintiff | § | Civil Action No. 8:02-CV-166-T-23TBM |
| v. | § § | |
| LINVATEC CORPORATION, | § § | |
| Defendant | § § § § | |

## ORDER

The parties' Joint Motion to Modify Case Management and Scheduling Order is GRANTED. Accordingly, the Case Management Report jointly filed by the parties on April 15, 2002, and incorporated into the Case Management and Scheduling Order entered May 1, 2002, and as further modified by the Order entered September 5, 2002, granting the parties' Joint Motion to Modify Case Management and Scheduling Order ("the Scheduling Order") is hereby further modified in accordance with the dates set forth in the parties' supporting memorandum.

ORDERED in Tampa, Florida, on _____, 2002.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE